■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GREGORY MCLEAN FORD, Appellant, v ROY F. BOMBARD, as Superintendent of the Green Haven Correctional Facility, et al., Respondents.—In a habeas corpus proceeding, petitioner appeals from a judgment of the Supreme Court, Dutchess County, dated August 10, 1976, which dismissed the petition. Judgment affirmed, without costs or disbursements (see *Matter of Jackson v Bombard,* 62 AD2d 1000; *Matter of Eckhart v Bombard,* 59 AD2d 783; *People ex rel. Davidson v Henderson,* 54 AD2d 602). Titone, J. P., Suozzi, Gulotta and Martuscello, JJ., concur.